## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

John W. Pague,                          :
                    Petitioner          :
                                        :
          v.                            :          No. 297 C.D. 2022
                                        :
Capital Area Transit Authority          :
(Workers' Compensation Appeal           :
Board),                                 :
                    Respondent          :

## PER CURIAM                    O R D E R

NOW, January 19, 2023, upon consideration of Petitioner's application for reconsideration, the application is denied.